| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ivan Rene Moore<br>1236 Redondo Blvd<br>Los Angeles, California 90019 | FOR COURT USE ONLY<br><br>**FILED**<br>NOV 30 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**FILED**
CLERK, U.S. DISTRICT COURT
12/4/17
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ER___ DEPUTY

[X] Individual appearing without attorney
[ ] Attorney for:

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
Kimberly Barbour

CASE NO.: 2:16-bk-22878-BR
ADVERSARY NO.: 2:16-ap-01543-BR (if applicable)
CHAPTER:

Debtor(s).

Ivan Rene Moore

USDC: 2:17CV08741-SVW

Plaintiff(s) (if applicable).
vs.
Kimberly Barbour

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

ORIGINAL

Defendant(s) (if applicable).

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Ivan Rene Moore

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
[X] Plaintiff
[ ] Defendant
[ ] Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
[ ] Debtor
[ ] Creditor
[ ] Trustee
[ ] Other (describe):

---

December 2015          Page 1          Official Form 417A

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Ruling November 17th 2017

2. The date the judgment, order, or decree was entered: 11/17/0017

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Ronald HIlls

   Attorney:
   1236 Redondo Blvd
   Los Angeles, California 90019

2. Party:

   Attorney:

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____ Date: 11-29-17

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11-28-17__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-28-17 | Stan Bethel | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

## SERVICE LIST

**Peter M Lively**
The Law Offices of Peter M Lively
11268 Washington Blvd Ste 203
Culver City, CA 90230-4647

**Lee T Dicker**
Leonard Dicker & Schreiber LLP
9430 Olympic Blvd
Beverly Hills, CA 90212

**Ronald Hills**
1236 Redondo Blvd
Los Angeles CA, 90019

**FILED & ENTERED**

**NOV 17 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

Kimberly Barbour,

Debtor(s).

Ivan Rene Moore,

Plaintiff(s),

v.

Kimberly Barbour,

Defendant(s).

CHAPTER 7

Case No.: 2:16-bk-22878-BR
Adv. No.:  2:16-ap-01543-BR

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

Date:      November 14, 2017
Time:      10:00 a.m.
Courtroom: 1660
           255 East Temple Street
           Los Angeles, CA 90012

The Court held a status conference on November 14, 2017 on plaintiff's "Verified Adversary Proceeding Complaint for: 1. Fraudulent Bankruptcy Filing in Violation of 18 U.S.C. § 157; 2. Nondischargeability of Debt Pursuant to 11 U.S.C. § 523(A)(2), (4), (6) and (11); 3. Conversion; 4. Embezzlement; 5. Fraudulent Transfers; 6. Replevin; 7. False Light; 8. Tortuous [sic] Interference with Prospective Economic Advantage; 9.

-1-

1  Common Law Fraud; 10. Defamation; 11. Constructive Trust; [and] 12. Negligent
2  Misrepresentation," filed on December 9, 2016.
3      Steven A. Schuman, Esq. appeared on behalf of the debtor/defendant. Plaintiff
4  Ivan Rene Moore appeared *in propria persona*.
5      During the course of the hearing, the Court asked plaintiff if he had complied with
6  the Order Re: Motion for Terminating Sanctions and Hearing Re: Continued
7  Depositions, which the Court entered on September 7, 2017. That Order stated, in
8  pertinent part:
9          . . . 5.   The Court further ruled that, if [plaintiff] Moore
10             fails to fully comply with this Order in a strictly timing [sic]
11             fashion, including both providing discovery and payment of
12             the $13,000, no later than 5:00 p.m. on October 23, 2017,
13             that the adversary complaint shall be dismissed in its
14             entirety.
15     Plaintiff responded that he had provided all discovery available to him to the best
16  of his ability, but that he had not paid the $13,000 in sanctions. The Court advised him
17  that it intended to dismiss the adversary proceeding with prejudice due to his failure to
18  pay the sanctions.
19     Accordingly, due to plaintiff's failure to fully comply with the September 7, 2017
20  Order, this adversary proceeding is DISMISSED with prejudice.
21
22
23
24
25  Date: November 17, 2017
26                                            Barry Russell
27                                            United States Bankruptcy Judge
28

-2-

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Ivan Rene Moore
1236 Redondo Blvd
Los Angeles, CA 90019

Lee T Dicker
Leonard Dicker & Schreiber LLP
9430 Olympic Blvd
Beverly Hills, CA 90212

RONALD HILLS
1236 Redondo Blvd
Los Angeles CA 90019

Electronic Mail Notice:
Lee T Dicker   ldicker@ldslaw.com
Brad D Krasnoff (TR)   BDKTrustee@dgdk.com, bkrasnoff@ecf.epiqsystems.com;DanningGill@gmail.com
Peter M Lively   PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

Date: 11/17/2017    Signature: _____

Deputy Clerk [printed name]: STACEY FORTIER  213 894 3687

CACB Rev. June 2016